Ian S. Landsberg, Esq. (SBN. 137431)
 ian@landsberg-law.com
Lisa K. Skaist, Esq. (SBN: 130806)
 lisa@landsberg-law.com
**LANDSBERG LAW, APC**
9300 Wilshire Boulevard, Suite 565
Beverly Hills, California 90212
Telephone: (310) 409-2228
Facsimile: (310) 409-2380

Attorneys for Defendant
Grant Thornton LLP

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>Debtor.<br><br>CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>Plaintiff,<br>v.<br><br>GRANT THORNTON, LLP,<br><br>Defendant. | Case No. 9:16-bk-11912-DS<br><br>Chapter: 11<br><br>Adv. No.: 9:19-ap-01019-DS<br><br>**DECLARATION OF LISA K. SKAIST IN SUPPORT OF MOTION TO DISMISS OR STRIKE CLAIM AGAINST DEFENDANT GRANT THORNTON LLP FOR (1) AVOIDANCE OF POST-PETITION TRANSFERS UNDER 11U.S.C. §549(a)**<br><br>Hearing:<br>Date: June 25, 2019<br>Time: 11:30 a.m.<br>Place: Courtroom 201<br>  United States Bankruptcy Court<br>  1415 State Street<br>  Santa Barbara, California 93101 |

1

I, Lisa K. Skaist, hereby declare:

1. I am an attorney licensed to practice before all courts in the State of California. I am employed by Landsberg Law, APC, attorneys for Defendant Grant Thornton, LLP ("Defendant") in this action. I have personal knowledge of the facts stated below.

2. I submit this declaration in support of Defendant's motion to dismiss/motion to strike portions of Plaintiff's complaint filed concurrently herewith.

3. On May 21, 2019, I telephoned Jason Dennis, counsel for Plaintiff. I requested that Plaintiff agree to amend its complaint to remove or stipulate to strike three of the five post-petition payments (made on February 8, 2017, March 2, 2017 and March 15, 2017) alleged in paragraph 9 of the complaint as the payments were made more than two years before Plaintiff filed the instant action on April 19, 2019 and were thus barred under the two year statute of limitations in U.S.C. §549(d) in order to obviate the need for Defendant having to make this motion. Mr. Dennis stated that Plaintiff would not agree to amend its complaint or strike the three payments and that Defendant would need to proceed with its motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of May, 2019.

*/s/ Lisa K. Skaist*
Lisa K. Skaist

2