Ian S. Landsberg, Esq. (SBN. 137431)
   ian@landsberg-law.com
Lisa K. Skaist, Esq. (SBN: 130806)
   lisa@landsberg-law.com
**LANDSBERG LAW, APC**
9300 Wilshire Boulevard, Suite 565
Beverly Hills, California 90212
Telephone: (310) 409-2228
Facsimile: (310) 409-2380

Attorneys for Defendant
Grant Thornton LLP

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br>      Debtor.<br><br>CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>      Plaintiff,<br>v.<br><br>GRANT THORNTON, LLP,<br><br>      Defendant. | Case No. 9:16-bk-11912-DS<br><br>Chapter: 11<br><br>Adv. No.: 9:19-ap-01019-DS<br><br>**PROOF OF SERVICE**<br><br>Hearing:<br>Date: June 25, 2019<br>Time: 11:30 p.m.<br>Place: Courtroom 201<br>      United States Bankruptcy Court<br>      1415 State Street<br>      Santa Barbara, California 93101 |

//
//
//

3    Case No. Adv. No. 9:19-ap-01019-DS
PROOF OF SERVICE

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: *9300 Wilshire Blvd., Suite 565, Beverly Hills, CA 90212.*

A true and correct copy of the foregoing document described as "
- **NOTICE OF MOTION AND MOTION TO DISMISS OR STRIKE CLAIMS AGAINST DEFENDANT GRANT THORNTON LLP FOR (1) AVOIDANCE OF POST-PETITION TRANSFERS UNDER 11U.S.C. §549(a); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
- **DECLARATION OF LISA K. SKAIST IN SUPPORT OF MOTION TO DISMISS OR STRIKE CLAIM AGAINST DEFENDANT GRANT THORNTON LLP FOR (1) AVOIDANCE OF POST-PETITION TRANSFERS UNDER 11U.S.C. §549(a)** "

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** (Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 21, 2019**, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Felicita A Torres    torres@g-tlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.go

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **May 21, 2019** served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 21, 2019**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

3    Case No. Adv. No. 9:19-ap-01019-DS
PROOF OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 21, 2019 — Yesennia Alarcon — [Signature]
Date — Type Name — Signature

## SERVICE LIST

**Served by Personal Delivery:**

United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012
Honorable Deborah J. Saltzman

**Served Via U.S. Mail:**

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

GRIFFITH & THORNBURGH, LLP
Joseph M. Sholder
Felicita A Torres
Attorneys and Counselors
8 East Figueroa Street
Suite 300
Santa Barbara, CA 93101

LYNN PINKER COX & HURST, LLP
Edward Jason Dennis
Samuel B. Hardy
2100 Ross Avenue,
Suite 2700
Dallas, TX 75201

Attorneys for Plaintiff, Corporate Recovery Associates, LLC, Liquidating Trustee under Confirmed Chapter 11 Liquidating Plan