| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ian S. Landsberg, Esq. (SBN. 137431)<br>   ian@landsberg-law.com<br>Lisa K. Skaist, Esq. (SBN: 130806)<br>   lisa@landsberg-law.com<br>**LANDSBERG LAW, APC**<br>9300 Wilshire Boulevard, Suite 565<br>Beverly Hills, California 90212<br>Telephone: (310) 409-2228<br>Facsimile: (310) 409-2380<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Defendant Grant Thornton LLP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** *NORTHERN* **DIVISION**

| | |
|---|---|
| In re:<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br><br><br><br>                                      Debtor(s). | CASE NO.: 9:16-bk-11912-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 9:19-ap-01019-DS |
| CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br><br><br>                                      Plaintiff(s),<br>vs.<br>GRANT THORNTON, LLP<br><br>                                      Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*: <u>**NOTICE OF MOTION AND MOTION TO DISMISS OR STRIKE CLAIMS AGAINST DEFENDANT GRANT THORNTON LLP FOR (1) AVOIDANCE OF POST-PETITION TRANSFERS UNDER 11U.S.C. §549(a); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**</u> |

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                        Page 1                                               **F 9021-1.2.ADV.NOTICE.LODGMENT**

PLEASE TAKE NOTE that the order or judgment titled [PROPOSED] ORDER GRANTING NOTICE OF MOTION AND MOTION TO DISMISS OR STRIKE CLAIMS AGAINST DEFENDANT GRANT THORNTON LLP FOR (1) AVOIDANCE OF POST-PETITION TRANSFERS UNDER 11U.S.C. §549(a)
was lodged on (date) 05/21/2019 and is attached.  This order relates to the motion which is docket number 5.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                           Page 2                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

ATTACHMENT

Ian S. Landsberg, Esq. (SBN. 137431)
ian@landsberg-law.com
Lisa K. Skaist, Esq. (SBN: 130806)
lisa@landsberg-law.com
**LANDSBERG LAW, APC**
9300 Wilshire Boulevard, Suite 565
Beverly Hills, California 90212
Telephone: (310) 409-2228
Facsimile: (310) 409-2380

Attorneys for Defendant
Grant Thornton, LLP

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>CHANNEL TECHNOLOGIES GROUP, LLC,<br>      Debtor.<br><br>CORPORATE RECOVERY ASSOCIATES, LLC, as Trustee for the Liquidating Trust of Channel Technologies Group, LLC,<br><br>      Plaintiff,<br>v.<br><br>GRANT THORNTON, LLP<br><br>      Defendant. | Case No. 9:16-bk-11912-DS<br><br>Chapter: 11<br><br>Adv. No.: 9:19-ap-01019-DS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OR STRIKE CLAIMS AGAINST DEFENDANT GRANT THORNTON LLP FOR (1) AVOIDANCE OF POST-PETITION TRANSFERS UNDER 11U.S.C. §549(a)**<br><br>Hearing:<br>Date: June 25, 2019<br>Time: 11:30 a.m.<br>Place: Courtroom 201<br>    United States Bankruptcy Court<br>    1415 State Street<br>    Santa Barbara, California 93101 |

1
**[PROPOSED] ORDER**

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, AND TO THE PLAINTIFF AND ITS COUNSEL OF RECORD:**

The Motion to Dismiss and or Strike portions of the Complaint by defendant Grant Thornton, LLP ("Defendant") in this matter came on regularly for a hearing before this court on June 25, 2019 at 11:30 a.m. in courtroom 201 of the United States Bankruptcy Court, located at 1415 State Street, Santa Barbara, California 93101.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that the first three payments alleged in the Complaint at page 2, paragraph 9 lines 27-28 – page 3, line 1 are barred by the statute of limitations contained in U.S.C. §549(d) and should be stricken from the Complaint.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss/Strike portions of the Complaint is GRANTED.

###

2

**[PROPOSED] ORDER**

 **Adversary LODGED ORDER UPLOAD FORM**

Tuesday, May 21, 2019

CONFIRMATION :

Your Lodged Order Info:
( **8121971.docx** )
A new order has been added

- **Office**: Northern Division
- **Case Title**: Corporate Recovery Associates, LLC v. Grant Thornton, LLP
- **Case Number**: 19-01019
- **Judge Initial**: DS
- **Case Type**: ap ( Adversary )
- **Document Number**: 5
- **On Date**: 05/21/2019 @ 05:27 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
*9300 Wilshire Blvd., Suite 565, Beverly Hills, CA 90212*

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 21, 2019 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Felicita A Torres**    torres@g-tlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.go

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) May 21, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 21, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Central District of California**
**255 E. Temple Street, Suite 1634 / Courtroom 1639**
**Los Angeles, CA 90012**
**Honorable Deborah J. Saltzman**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/21/2019 | Yesennia Alarcon | /s/ Yesennia Alarcon |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

## SERVICE LIST

**Served Via U.S. Mail:**

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

GRIFFITH & THORNBURGH, LLP
Joseph M. Sholder
Felicita A Torres
Attorneys and Counselors
8 East Figueroa Street
Suite 300
Santa Barbara, CA 93101

LYNN PINKER COX & HURST, LLP
Edward Jason Dennis
Samuel B. Hardy
2100 Ross Avenue,
Suite 2700
Dallas, TX 75201

Attorneys for Plaintiff, Corporate Recovery Associates, LLC, Liquidating Trustee under Confirmed Chapter 11 Liquidating Plan

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 4                        F 9021-1.2.ADV.NOTICE.LODGMENT